Cite as 2022 Ark. App. 405

# ARKANSAS COURT OF APPEALS
DIVISION IV
No. E-21-590

| | | |
|---|---|---|
| PAULA PENDARVIS | | Opinion Delivered October 19, 2022 |
| | APPELLANT | |
| | | APPEAL FROM THE ARKANSAS |
| | | BOARD OF REVIEW |
| V. | | [NO. 2021-BR-02374] |
| | | |
| DIRECTOR, DIVISION OF | | |
| WORKFORCE SERVICES | | |
| | APPELLEE | DISMISSED |

## BART F. VIRDEN, Judge

Paula Pendarvis ("Pendarvis") appeals to this court, challenging the Arkansas Board of Review's ("Board's") decision affirming the Division of Workforce Services' denial of her request for pandemic unemployment assistance ("PUA") benefits in a decision mailed September 7, 2021. Pendarvis filed a simultaneous "Motion to Enter Evidence," which this court treated as a motion to remand to settle the administrative record. On October 27, 2021, this case was remanded to the Board for receipt of the additional evidence. While on remand, the Board accepted Pendarvis's evidence and ultimately found her eligible for PUA benefits in a decision mailed November 18, 2021. Without directly stating such, the Board's November 2021 decision granting Pendarvis PUA benefits had the effect of superseding its September 2021 decision denying her request for PUA benefits. Because Pendarvis has now

received from the Board the relief she originally requested in her appeal to this court, her appeal is moot. *See Honeycutt v. Foster*, 371 Ark. 545, 268 S.W.3d 875 (2007).

Dismissed.

KLAPPENBACH and WHITEAKER, JJ., agree.

*Paula Pendarvis*, pro se appellant.

*Cynthia L. Uhrynowycz*, Associate General Counsel, for appellee.